UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE NEWMAN, et al.,

        Plaintiffs,                            Case No. 16-cv-11395
                                                  Hon. Matthew F. Leitman

v.

ASSET ACCEPTANCE CAPITAL
CORP. a/k/a ASSET ACCEPTANCE, et al.,

        Defendants.
_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION TO EXPEDITE
RULE 16 CONFERENCE (ECF # 47) AS MOOT, (2) DENYING
DEFENDANTS' AMENDED MOTION FOR SUMMARY
JUDGMENT (ECF # 49) WITHOUT PREJUDICE,
AND (3) SETTING MERITS DISCOVERY PERIOD**

On September 20, 2017, the Court held an on-the-record telephonic status

conference with counsel for all parties. For the reasons stated on the record, **IT IS**

**HEREBY ORDERED** that:

1.     Plaintiff's Motion to Expedite Rule 16 Conference (ECF #47) is

DENIED AS MOOT given that the Court addressed initial scheduling issues during

the status conference.

2.      Defendants' Amended Motion for Summary Judgment (ECF # 49) is

**DENIED WITHOUT PREJUDICE**.  Defendants are not precluded from re-filing

a motion for summary judgment following the close of merits discovery.

3.      The parties shall have until January 22, 2018, to conduct merits

discovery, and during this four-month period, the parties shall not conduct discovery

related to possible class certification.  The parties shall appear for a telephonic status

conference on February 1, 2018 at 2:00 p.m., to discuss next steps in the action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 20, 2017

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on September 20, 2017, by electronic means and/or
ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764