UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE NEWMAN, et al.,

    Plaintiffs,

vs.

ASSET ACCEPTANCE CAPITAL
CORP aka ASSET ACCEPTANCE, et
al.,

    Defendants.

Case No. 16-cv-11395
Hon. Matthew F. Leitman

## ORDER (1) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER (ECF # 54) AND (2) EXTENDING DISCOVERY DEADLINE

On December 11, 2017, the Court held an on-the-record hearing with counsel for all parties. For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

    1.    Defendants' Motion for Protective Order (ECF # 54) is GRANTED IN PART AND DENIED IN PART. Until further order of the Court, Plaintiffs shall not depose Defendants Omar Najor, Elizabeth Smith, or Andrew Perry, all of whom are attorneys. This ruling is without prejudice, does not affect Plaintiffs' ability to serve written discovery on the attorney defendants and, if necessary, the Court will entertain additional argument on the request to depose the attorney

defendants after the depositions are conducted of (1) defendant Karli Peterson (2) Donna Dubois, and/or (3) Jenna Taylor.

2. **IT IS FURTHER ORDERED** that Plaintiffs may conduct the depositions of Ms. Peterson, Ms. Dubois and/or Ms. Taylor.

3. **IT IS FURTHER ORDERED** that the deadline for limited discovery during phase one of this case is extended from January 22, 2018 through March 22, 2018. During this period of time, the parties may conduct merits discovery, subject to the limitations of this Order and any prior order of the Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 14, 2017

**APPROVED AS TO FORM:**

By: /s/ Nicholas A. Reyna
LAW OFFICES OF NICHOLAS A. REYNA, P.C.
Nicholas A. Reyna (P68328)
*Attorney for Plaintiffs*
528 Bridge St., Ste. 1A
Grand Rapids, MI 49504
(616) 235-4444
NSickreyna7@hotmail.com

Dated: December 12, 2017

By: /s/Robert M. Horwitz
Robert M. Horwitz (P51466)
DYKEMA GOSSETT PLLC
*Attorney for Defendants*
400 Renaissance Center
Detroit, MI 48243
Tel: (313) 568-6800
Fax: (313) 568-6658
rhorwitz@dykema.com