IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE NEWMAN and SAUNDRA RYAN, On Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

vs.

ASSET ACCEPTANCE CAPITAL CORP aka ASSET ACCEPTANCE, MIDLAND FUNDING, LLC., KARLI ANNE PETERSON and ELIZABETH M. SMITH, ANDREW PERRY, OMAR NAJOR and JANE and JOHN DOE NOTARIES (1-10),

    Defendants.

Case No. 16-cv-11395-MFL-DRG

Hon. Matthew F. Leitman

Magistrate Judge David R. Grand

## NOTICE OF SETTLEMENT

Plaintiffs and Defendants state as follows in support of their Notice of Settlement:

    1.    The case has settled on an individual basis.

    2.    The parties are preparing the settlement documents, including a stipulated order dismissing Plaintiffs' claims with prejudice and the claims of any putative class members without prejudice .  The stipulated order will be submitted as soon as practicable.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian P. Parker | /s/ Robert M. Horwitz |
| Brian P. Parker (P48617) | Robert M. Horwitz (P51466) |
| BRIAN P. PARKER PC | DYKEMA GOSSETT PLLC |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |
| 2000 Town Center, Suite 1900 | 400 Renaissance Center |
| Southfield, MI 48075-1152 | Detroit, MI 48243 |
| Tel: (248) 642-6268 | Tel: (313) 568-6800 |
| Fax: (248) 659-1733 | Fax: (313) 568-6658 |
| brianparker@collectionstopper.com | rhorwitz@dykema.com |

Dated: January 25, 2018