UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE NEWMAN, et al.,

    Plaintiffs,

vs.

Case No. 16-cv-11395
Hon. Matthew F. Leitman

ASSET ACCEPTANCE CAPITAL
CORP aka ASSET ACCEPTANCE,
MIDLAND FUNDING, LLC., et al.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

The parties hereby stipulate to the dismissal of Plaintiffs' claims with prejudice and without cost or fees to any party.

**IT IS HEREBY ORDERED THAT:**

(i) Plaintiffs' claims are dismissed with prejudice and without costs or fees to any party; and

(ii) entry of this Order closes the case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2018

**SO STIPULATED:**

| | |
|---|---|
| /s/ Brian P. Parker | /s/ Robert M. Horwitz |
| Brian P. Parker (P48617) | Robert M. Horwitz (P51466) |
| BRIAN P. PARKER PC | DYKEMA GOSSETT PLLC |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |
| 2000 Town Center, Suite 1900 | 400 Renaissance Center |
| Southfield, MI  48075-1152 | Detroit, MI  48243 |
| Tel: (248) 642-6268 | Tel: (313) 568-6800 |
| Fax: (248) 659-1733 | Fax: (313) 568-6658 |
| brianparker@collectionstopper.com | rhorwitz@dykema.com |

Dated:  March 13, 2018